**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of _____

Case number (If known) _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (If known).

1. **Debtor's name**  Hipaaline Ltd, a Limited Company of England and Wales

2. **Debtor's unique identifier**

   For non-individual debtors:
   ☐ Federal Employer Identification Number (EIN) \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_
   ☑ Other  12665260 . Describe identifier  UK Company number

   For individual debtors:
   ☐ Social Security number: xxx – xx– \_\_ \_\_ \_\_ \_\_
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – \_\_ \_\_ \_\_ \_\_
   ☐ Other _____ . Describe identifier _____

3. **Name of foreign representative(s)**  Nicholas Charles Simmonds and Chris Newell, of Quantum Advisory Limited

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  CR-2021-000347 in the High Court of Justice of England and Wales

5. **Nature of the foreign proceeding**

   Check one:
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Notice of Appointment of An Administrator by the Directors of a Company

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Debtor   Hipaaline Ltd, a Limited Company of England an     Case number (if known) CR-2021-000347
         Name

8. **Others entitled to notice**   Attach a list containing the names and addresses of:
   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,
   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and
   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   Country where the debtor has the center of its main interests:

   United Kingdom

   Debtor's registered office:

   3rd Floor, 12 East Passage
   Number      Street

   _____
   P.O. Box

   London    EC1A7LP
   City    State/Province/Region    ZIP/Postal Code

   England
   Country

   Individual debtor's habitual residence:

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   Address of foreign representative(s):

   1st Floor, 21 Station Road
   Number    Street

   _____
   P.O. Box

   Watford, Hertfordshire
   City    State/Province/Region    ZIP/Postal Code

   England WD171AP
   Country

10. **Debtor's website (URL)**    _____

11. **Type of debtor**

    Check one:
    ☑ Non-individual (check one):
       ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.
       ☐ Partnership
       ☑ Other. Specify: Limited Company
    ☐ Individual

| Debtor | Hipaaline Ltd, a Limited Company of England an | Case number (if known) CR-2021-000347 |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
GCM Partners, LLC v Hipaaline Ltd et al., case no.1:20-cv-06401

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____    Nicholas Charles Simmonds
Signature of foreign representative       Printed name

Executed on 03/02/2021
            MM / DD / YYYY

X _____    _____
Signature of foreign representative       Printed name

Executed on _____
            MM / DD / YYYY

**14. Signature of attorney**

X _____    Date 03/02/2021
Signature of Attorney for foreign representative    MM / DD / YYYY

Gregory K Stern
Printed name

Gregory K. Stern P.C.
Firm name

53 West Jackson Blvd, Suite 1442
Number      Street

Chicago                                IL        60604
City                                   State    ZIP Code

(312) 427-1558                         greg@gregstern.com
Contact phone                          Email address

ARDC 6183380                           Il
Bar number                             State